

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 14, 2021

**BY ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Takayo Matsui, as mother and natural guardian of K.M., a minor v. United States of America*, No. 20 Civ. 7800 (RWL)

Dear Judge Lehrburger:

      I write respectfully on behalf of defendant United States of America to request a five-week extension of the fact discovery deadline—from April 19, 2021 to May 24, 2021—in the above-referenced medical malpractice claim brought pursuant to the Federal Tort Claims Act. *See* ECF No. 11. This is the first request for an extension of the fact discovery deadline. Plaintiff consents to this request. The United States seeks additional time to work to obtain responses to previously issued third-party subpoenas and to thereafter schedule the deposition of plaintiff Ms. Matsui. While the United States has received some responses to its third-party subpoenas for medical-related records, we are working to obtain the remaining records sought by other providers.

      If the Court grants this request, the United States respectfully requests corresponding five-week extensions of the remaining deadlines in this case: the April 19, 2021 deadline for the parties to meet and confer about the expert discovery schedule would extend to May 24, 2021, and the July 19, 2021 deadline for the completion of expert discovery would extend to August 23, 2021.

We thank the Court for its consideration of this submission.

                                                 Respectfully submitted,

                                                 AUDREY STRAUSS
                                                 United States Attorney

                                   By:    */s/ Natasha W. Teleanu*
                                               NATASHA W. TELEANU
                                               Assistant United States Attorney
                                               Tel.:   (212) 637-2528
                                               natasha.teleanu@usdoj.gov

cc: Counsel of record (by ECF)