

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

July 21, 2021

**BY ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:    *Takayo Matsui, as mother and natural guardian of K.M., a minor v.*
           *United States of America*, No. 20 Civ. 7800 (RWL)

Dear Judge Lehrburger:

     I write respectfully on behalf of the parties to jointly request a 60-day extension of the fact discovery deadline—from July 23, 2021 to September 21, 2021—in the above-referenced medical malpractice claim brought pursuant to the Federal Tort Claims Act. *See* ECF No. 16. This is the third request for an extension of the fact discovery deadline. The parties seek additional time (i) to depose the federally funded clinic physician, (ii) to obtain records from K.M.'s new pediatrician, (iii) to obtain responses to a second set of discovery demands; and (iv) to depose K.M.'s plastic surgeon.

     If the Court grants this request, the parties respectfully requests a corresponding sixty-day extension of the remaining deadlines in this case: the October 22, 2021 deadline for the completion of expert discovery would extend to December 21, 2021.

     We thank the Court for its consideration of this submission.

                           Respectfully submitted,

                           AUDREY STRAUSS
                           United States Attorney

           By:     */s/ Natasha W. Teleanu*
                 NATASHA W. TELEANU
                 Assistant United States Attorney
                 Tel.:   (212) 637-2528
                 natasha.teleanu@usdoj.gov

cc: Counsel of record (by ECF)