```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAKAYO MATSUI, *as mother and natural guardian of K.M., a minor*

                Plaintiff,

- against -

UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------------------X

20-CV-7800 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The time to complete expert discovery expired on December 21, 2021 (Dkt. 18). By January 14, 2022, the parties shall file a status report and indicate whether any party plans to file a dispositive motion or otherwise proceed to trial. The parties shall comply with Judge Carter's rules for post-discovery practice.

                                     SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2022
        New York, New York

Copies transmitted this date to all counsel of record.